**IJMS INCIDENT COMPOSITE REPORT**
**INCIDENT NUMBER - 19009907**
**INCIDENT DETAIL SECTION**

**Incident Information**
Incident # 19009907   Incident Dttm 10/24/2019 08:50   Involvement Type M
Type 206   Desc THREATENING A STAFF MEMBER
Addl Types 241, 239, 201
Booking # 2018010014   IMN 225462   Inmate Full Name HOWELL, MICHAEL R

*COP*

**Violence Information**
☐ Illness  ☐ Violence  Type    Addl Viol Types    Status Active   Severity Lev

**Injury Information**
☐ Injury   Description
Action Taken for Injury

**Incident Location**
HU7D, cell #11

**Inmate Housing Location at time of incident**
Fac CJS   Bldg CJS   Lev 7   Loc     Cell     Bed

**Incident Description / Narrative**

On 10/24/2019 at about 0850 hrs, this reporting supervisor (E. Porter 911) escorted Nurse Teyanna Barringer into HU7D and was immediately addressed by Inmate Michael Howell (225462), who was the 6th man in the medication line. Mr. Howell shouted out "AYE, I NEED TO TALK TO YOU RIGHT NOW". I instructed Mr. Howell that I would address his concerns privately, when it was his turn to approach the medication cart. Impatiently, Mr. Howell continued, stating "YEAH, CAUSE THAT BITCH BACK THERE GOT ME FUCKED UP"; referring to the Housing Unit Officer (Roberson). I addressed Mr. Howell a second time, trying to deescalate the matter; "whatever is going on, let's try not to make matters worse...we'll talk privately in a minute". Shouting out for a third time, Mr. Howell said "NAW, YOU KNOW WHAT? WHEN I GET DONE TAKING THESE PILLS, I'M GONNA GO AND PUT HANDS ON THAT BITCH". I responded, "excuse me, what did you just say?" He said "YOU HEARD ME....I'M ABOUT TO GO PUT MY HANDS ON THAT BITCH BACK THERE". Realizing Mr. Howell had just threatened to physically assault Ofc. Roberson, and was planning to do so within a matter of minutes, I immediately directed the entire housing unit to lockdown. I contacted Master Control to send assistance to HU7D. Mr. Howell then rushed to his cell (11), and began packing his property box.

As I approached Mr. Howell's cell (which he failed to secure), he was angrily yelling out "FUCK THIS SHIT, AND FUCK YOU....I'M TIRED OF THIS SHIT." I gave him several verbal commands to stop packing, to turn away from me, and to place his hands behind his back. His reply, "FUCK THAT, I AIN'T DOING SHIT!" Ofc. Mitchell then arrived and attempted to counsel him. Mr. Howell continued showing passive resistance; refusing directives. When Mr. Howell finished packing his property box, he then attempted to exit his cell, carrying the box with him; he attempted walking through Ofc. Mitchell and I, as we were standing in the door way. I stopped him at the door, telling him to put his box down on the floor and turn around/place his hands behind his back. He said again "I AIN'T DOIN SHIT", as he tried to push his way through the door, which was partially ajar and I was stopping with my foot as the door-jam. I secured the door, as Mr. Howell was now showing more aggressive behavior and actively resisting. Mr. Howell's door remained secure for several more minutes until additional assistance arrived. Captain Bracy and Captain Ishmon then entered the unit. They were followed by Lt's Reed, Sutherlin, Mohler, Woods, O'Brien, Hayden, and a host other officers. Mr. Howell continued disobeying direct orders to put his box down, and surrender to being handcuffed. I removed my department issued pepper spray, and continued giving Mr. Howell instructions. Captain Bracy then displayed his department issued Taser and gave further instructions. Mr. Howell still showed resistance and failed to comply; he repeatedly yelled out "FUCK ALL OF YALL, I AIN'T DOING SHIT". To assist Mr. Howell with complying, I opened his cell door and administered a 1-second burst of pepper to his head/face area. He then aggressively threw his entire property box (and its contents) towards our directions; causing me to quickly re-secure the cell door again before being struck with the items. We then allowed time for the pepper spray to become active. Mr. Howell, however, still would not surrender or follow instructions. Captain Bracy then instructed the cell door re-opened, and to further get Mr. Howell to comply, he was tasered. Mr. Howell the laid with his back on the ground. Capt. Bracy continued giving instructions, and Mr. Howell was handcuffed and escorted out of the unit.

Mr. Howell was escorted to the Unit Control area, where he was seen and treated by Nurse Teyanna Barringer. Additional medical staff was contacted, and Nurses Janie Stephens, Katie Cora, Deborah Jones, Melissa Susman, and Kerri Kelly arrived at about 0855 hrs. After a medical assessment, Mr. Howell

**Incident Misc Information**
☐ Damage to Facility   ☐ Contraband   ☒ Taser used   ☐ Emergency   ☒ Medical Assistance Needed
☐ Disciplinary Action  ☒ Use of Force  ☒ Pepper Spray  ☒ Restraint Chair Used  ☒ Setup Hearing
Sched Hrg Dttm

**Recommended Action for Incident**
ADPH, Reclassification to Secure Move, Reclassified to the Infirmary for observations.

**Approved Action for Incident**