**United States District Court**
Eastern District of Missouri
111 South 10th Street, St. Louis, Missouri 63102

Gregory J. Linhares, *Clerk of Court*

314-244-7900

October 27, 2020

Michael Howell #225462
St. Louis County Justice Center
100 S. Central
Clayton, MO 63105

Re: **Howell v. St. Louis County Jail et al, No. 4:20-cv-01536-MTS**

Dear Michael Howell:

This is to advise you that this office has received and filed your complaint and has assigned it the above-referenced case number. Please find enclosed copies of the case you filed with the court. Also, please forward all future pleadings/documents/papers regarding this case to the above address and include on them the above-referenced case number.

To make sure that you receive copies of orders, etc., you must notify this office in writing of any change in your mailing address within thirty (30) days. A judge may dismiss your case after thirty (30) days if your mail has been returned and you have not notified this office of your new address.

If you filed a motion to proceed without paying the entire filing fee and included a certified copy of your inmate account statement, it is currently under consideration by the court. When a decision has been reached, this office will mail you a copy of the court's order. **If you did not include a certified copy of your inmate account statement for the six (6) month period immediately preceding the submission of your complaint and do not have a good reason for not submitting it (e.g., institution refuses to provide), please do so within thirty (30) days or the court may dismiss your action.**

If you paid the entire $350 filing fee and you seek relief from a governmental entity or officer or employee of a governmental entity, this court will review your complaint to determine if the defendants must reply to it. If the court determines that the defendants must reply to your complaint, you will be responsible for serving them pursuant to Rule 4 of the Federal Rules of Civil Procedure. If you paid the filing fee and this action is not against governmental defendants, you are responsible for service of process under Rule 4.

Please contact this office if you have any questions.

Sincerely,
Gregory J. Linhares, Clerk